LUNDIN, Admr., etc., v. THE KANSAS PACIFIC RAILWAY COMPANY.

Where judgment was rendered in the district court prior to October 1st, 1877, a writ of error will lie to review such judgment.

*Error to District Court of Arapahoe County.*

MOTION to strike suit from the docket.

ELBERT, J. The judgment in this case was rendered prior to October 1st, 1877.

The plaintiff's right to the writ of error accrued therefore prior to the date the Code went into effect, and comes within the saving clause of section 447. Under any other view, the aggrieved party to a judgment rendered prior to October 1st, 1877, would be without remedy.

The writ of error lies, and the motion to strike the cause from the docket is overruled.